In the Matter of the Application of HARRY W. MOORE et al., Appellants, to Set Aside the Alleged Election of Warden and Vestrymen of Trinity Church, Roslyn, N. Y.

JOHN MANN et al., Respondents.

*Matter of Moore*, 152 App. Div. 909, affirmed.
(Argued February 25, 1913; decided March 11, 1913.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered October 4, 1912, which affirmed an order of Special Term denying a petition to set aside an election of officers of Trinity Church, Roslyn, N. Y.

*Harry W. Moore* and *Henry M. W. Eastman* for appellants.

*Frederic H. Cowden* for respondents.

Order affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., WERNER, WILLARD BARTLETT, HISCOCK, CHASE, COLLIN and HOGAN, JJ.